**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER TO DISTRICT CLERK

Appellate case name:     In re Brandy Brenay Charles and Prophet Ronald Dwayne Whitfield, relators; Brandy Brenay Charles and Ronald Dwayne Whitfield v. Texas Department of Family and Protective Services

Appellate case numbers:   01-18-00292-CV and 01-18-00311-CV

Trial court case number:   2017-02559J

Trial court:              314th District Court of Harris County

This Court's May 1, 2018 Order had granted the pro se relator Prophet Ronald Dwayne Whitfield's motion for a 30-day extension of time to file a permission order from the local administrative judge Robert Schaffer, required for vexatious litigants. This Order was issued in the original proceeding assigned to appellate cause number 01-18-00292-CV, arising under the underlying trial court cause number 2017-02559J.

In the relators' related direct appeal, assigned to appellate cause number 01-18-00311-CV and arising under the same underlying trial court cause number 2017-02559J, this Court's May 8, 2018 Memorandum Opinion and Judgment had granted the pro se appellants Brandy Brenay Charles and Ronald Dwayne Whitfield's voluntary motion to dismiss their appeal. However, on May 16, 2018, the district clerk filed a supplemental clerk's record containing the permission order from Judge Schaffer in the dismissed appeal case, 01-18-00311-CV, instead of the pending mandamus case, 01-18-00292-CV.

Accordingly, the district clerk is **ORDERED** to refile the supplemental clerk's record from 01-18-00311-CV to **01-18-00292-CV within ten days** of this Order.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley

☑ Acting individually    ☐ Acting for the Court

Date: June 5, 2018